**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| U.S. BANK N.A., as Trustee, on behalf of the Holders of J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4,<br>*Plaintiff*<br><br>v.<br><br>BRENDA M. MORRIS and SCOTT A. MORRIS,<br>*Defendants* | §§§§§§§§§§§§ | Case No. 1:19-CV-00352-SH |

**FINAL JUDGMENT**

The Court granted U.S. Bank's Motion for Summary Judgment on July 7, 2021. Dkt. 60. On July 9, 2021, the Court granted Plaintiff's Ninth Agreed Motion to Abate and abated this action until July 31, 2021. The time for abatement having expired, the Court hereby **ORDERS** that the abatement is lifted and this case is reinstated to active status.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that an event of default has occurred on that certain Texas Home Equity Note (the "Note") in the original principal amount of $260,000.00 payable to WMC Mortgage Corp. ("WMC"), together with that certain Texas Home Equity Security Instrument (the "Security Instrument" and, together with the Note, the "Loan"), signed by Defendants Brenda M. Morris and Scott A. Morris and filed for record in the Official Public Records of Travis County, Texas as Instrument No. 2006177218.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Security Instrument provides Plaintiff, as mortgagee of the Security Instrument, in the event of a default, with a security interest on that certain real property commonly known as 11801 Bell Avenue, Austin, Texas 78759, and currently more particularly described as:

LOT 1, BLOCK C, SUMMIT OAKS, AN ADDITION IN TRAVIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN BOOK 7, PAGE 183, OF THE PLAT RECORDS OF TRAVIS COUNTY, TEXAS

(the "Property").

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff, its successors and assigns, is the current legal owner and holder of the Note and beneficiary of the Security Instrument.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the following are secured by the Security Instrument on the Property: the outstanding balance of the Note, which was at least $582,399.06 as of August 16, 2019, plus all contractual interest, escrow advances, fees, costs and other items in the Note and Security Instrument that are recoverable and have accrued since that date; prejudgment interest; post-judgment interest; and costs of court.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that due to event of default, Plaintiff, or its successors or assigns, may enforce the Security Instrument against the Property through non-judicial foreclosure of the Property as provided in the Security Instrument and Section 51.002 of the Texas Property Code.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all foreclosure notices shall be mailed to the subject property at 11801 Bell Avenue, Austin, Texas 78759.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this is a final order that may be appealed. All relief not granted in herein is denied. Costs and attorneys' fees are taxed against the party incurring same.

**IT IS FURTHER ORDERED** that the Clerk mail a copy of this Final Judgment to Defendants by certified mail at their provided address: Scott A. Morris and Brenda M. Morris, 11801 Bell Ave., Austin, Texas, 78759.

3

**IT IS HEREBY ORDERED** that this case is **CLOSED**.

**SIGNED** on August 6, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE